# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1560
Lower Tribunal No. 2018-CA-010567-O

_____

JOHN CAMPBELL and BRENDA CAMPBELL,

Appellants,

v.

HOLIDAY INN CLUB VACATIONS, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John Marshall Kest, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and BROWNLEE, JJ., concur.


Jordan T. Isringhaus, J. Andrew Meyer, and Aaron M. Swift, of Finn Law Group, P.A., St. Petersburg, for Appellants.

Allison Morat, of Bitman O'Brien & Morat, PLLC, Lake Mary, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED